Illinois Midwest Joint Stock Land Bank, defendant in error, v. George J. McMahon et al.  George J. McMahon, plaintiff in error.

Opinion filed July 16, 1928.

Winston, Strawn & Shaw, for plaintiff in error.  Williamson, Burroughs & Simpson, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

John Owens, appellant, v. S. T. Sanders, special administrator, appellee.

Opinion filed July 16, 1928.

J. E. Eeck, for appellant.  Wilbur A. Trares, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Eugene Sauget, appellant, v. East Side Levee & Sanitary District, appellee.

Opinion filed July 16, 1928.  Rehearing denied August 24, 1928.

J. J. Bullington, for appellant.  J. L. Flanigan and J. E. Hamlin, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Gladys E. Merker, appellant, v. Alton & Southern Railroad Company, appellee.

Opinion filed July 16, 1928.  Rehearing denied August 24, 1928.

J. J. Bullington, for appellant.  Kramer, Kramer & Campbell, for appellee.

Mr. Justice Newhall delivered the opinion of the court.